Argued and submitted November 5, reversed and remanded with instructions
November 14, 1984

## RIVERVIEW WATER CORPORATION,
*Appellant,*

*v.*

## NORTH ALBANY COUNTY SERVICE DISTRICT,
*Respondent.*

(37515; CA A32320)

691 P2d 488

Leonard H. Beasley, Portland, argued the cause for appellant. On the briefs were Randall B. Bateman and Samuels, Samuels, Yoelin & Weiner, Portland.

Todd G. Brown, Corvallis, argued the cause for respondent. On the brief was Linda A. Audrain, Corvallis.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

This is an inverse condemnation action. It is clear, both from the trial court's memorandum opinion and its judgment, that plaintiff prevailed in its inverse condemnation claim. It is therefore entitled to an award of costs and attorney fees pursuant to ORS 20.085. The trial court's ruling to the contrary was error.

Reversed and remanded with instructions to award plaintiff costs and attorney fees.